UNITED STATES of America,
Plaintiff-Appellee

v.

Jesus MALDONADO-LANDAVERDE,
also known as Jesus Maldonado, also known as Jesus Maldonado-Andaverde, Defendant-Appellant

No. 15-10626
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed February 21, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Christopher Allen Curtis, Assistant Federal Public Defender, Michael Arthur Leh-

mann, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant-Appellant

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jesus Maldonado-Landaverde raises an argument that is foreclosed by *United States v. Gonzalez-Longoria*, 831 F.3d 670 (5th Cir. 2016) (en banc), *petition for cert. filed* (Sept. 29, 2016) (No. 16-6259). In *Gonzalez-Longoria*, we held that 18 U.S.C. § 16(b), which defines a crime of violence when incorporated by reference into U.S.S.G. § 2L1.2(b)(1)(C) (2014), is not unconstitutionally vague on its face in light of *Johnson v. United States*, ___ U.S. ___, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015). *Gonzalez-Longoria*, 831 F.3d at 672. Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.